IN THE UNITED STATES DISTRICT COURT

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FOR THE DISTRICT OF NEW MEXICO

FEB 2 7 2020

IN THE MATTER OF THE SEARCH OF     )
30 Private Drive 1611                       )   Case No. 20-MR-373
Medanales, New Mexico 87548          )

MITCHELL R. ELFERS
CLERK

## ORDER GRANTING MOTION TO UNSEAL CASE

THIS MATTER having come before the Court on the United States Motion to Unseal

Case, and having considered the grounds set forth in that motion, finds that is it well taken and

should be granted.

IT IS HEREBY ORDERED that the case and all documents, including the search

warrant, as well as the application and the affidavit thereto, issued on February 25, 2020 filed in

the above-captioned case shall be unsealed.

_____
Kirtan Khalsa
United States Magistrate Judge